UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWD FUND INVESTMENT GROUP LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT BENNETT, et al.,<br><br>  Defendants. | Case No. 16-cv-03785-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Crowd Fund Investment Group LLC v. Bennett, et al.*, 16-cv-03272-JST.

IT IS SO ORDERED.

Dated: July 7, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge